OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

O-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 90-249-R |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Jason Todd Hemmerich ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of (his)/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **prior supervised release violations and**

1    Substance abuse problems.

4    and/or

5 B. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant poses a danger to himself, prior conviction for a bank robbery, prior supervised release violation.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10-6-08

JENNIFER T. LUM
UNITES STATES MAGISTRATE JUDGE

2